# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSUE W. RAMIREZ-ENRIQUEZ,** | : | |
|     Petitioner | : | No. 12-cr-00220-2 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of June 2014, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis (Doc. No. 159) is **DENIED WITHOUT PREJUDICE**;

2. Petitioner's motion to appoint counsel (Doc. No. 160) is **DENIED**; and

3. Petitioner's motion for discovery (Doc. No. 161) is **DENIED**.

                                                       S/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania